UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARENCE KIRKLAND,<br><br>        Plaintiff,<br><br>-against-<br><br>WESTCHESTER COUNTY DISTRICT ATTORNEY MARIAM E. ROACH; CHRISTINE DISALVO, Supreme Court of the State of New York Appellate Division Second Judicial Dept; CLERK MARIA T. FASULO,<br><br>        Defendants. | 23-CV-0311 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the April 11, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 11, 2023
     New York, New York

                  /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
              Chief United States District Judge